DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VINCE HALL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2005

[August 18, 2021]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case No. 312007CF000688A.

Vince Hall, Daytona Beach, pro se.

No appearance required for respondent.

PER CURIAM.

*Affirmed. See* Fla. R. App. P. 9.315(a).

DAMOORGIAN, LEVINE, and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***